UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 7 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

| | |
|---|---|
| CHANDI HEFFNER; et al.,<br><br>  Plaintiffs - Appellants,<br><br>v.<br><br>PETER YOUNG; et al.,<br><br>  Defendants - Appellees. | No. 05-15101<br>D.C. No. CV-04-00133-DAE<br><br>**JUDGMENT** |
| CHANDI HEFFNER; et al.,<br><br>  Plaintiffs - Appellees,<br><br>v.<br><br>PETER YOUNG; et al.,<br><br>  Defendants - Appellants. | No. 05-15102<br>D.C. No. CV-04-00133-DAE<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 2 5 2007

by: _____
    Deputy Clerk

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 04/03/07