


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

April 25, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-15101 | Heffner v. Young | CV-04-00133-DAE |
| 05-15102 | Heffner v. Young | CV-04-00133-DAE |

Dear Clerk:

The following document in the above listed causes are being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Beverly Brown
Deputy Clerk

Enclosure(s)
cc: All Counsel

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 7 2007
DISTRICT OF HAWAII

```
                                                    MOATTF INVATT
                                                      x        i

INTERNAL USE ONLY: Proceedings include all events.
05-15101 Heffner, et al v. Young, et al

CHANDI HEFFNER
      Plaintiff - Appellant

KEAWE' ULA, LLC                    Bruce Lamon, Esq.
      Plaintiff - Appellant        808/547-5600
                                   Suite 1800
                                   [COR LD NTC ret]
                                   Goodsill Anderson Quinn &
                                   Stifel LLLP
                                   Alii Place
                                   1099 ALakea St.
                                   Honolulu, HI 96813-2639


     v.

PETER YOUNG                        William Wynhoff, Esq.
      Defendant - Appellee         FAX 808/587-2808
                                   808/587-2988
                                   Rm 300
                                   [COR LD NTC ret]
                                   Sonia Faust, Esq.
                                   808/587-2969
                                   Kekuanao'a Bldg.,B-2
                                   [COR LD ret]
                                   Yvonne Y. Izu, Esq.
                                   FAX            808
                                   808/587-2988
                                   Room 300
                                   [COR LD ret]
                                   Linda L.W. Chow
                                   FAX
                                   808/586-8370
                                   [COR LD ret]
                                   AGHI - OFFICE OF THE HAWAII
                                   ATTORNEY GENERAL
                                   Land/Transportation Division
                                   465 S. King St.
                                   Honolulu, HI 96813

TIMOTHY E. JOHNS                   William Wynhoff, Esq.
      Defendant - Appellee         (See above)
                                   [COR LD NTC dag]
                                   Sonia Faust, Esq.
                                   (See above)
                                   [COR LD dag]
                                   Linda L.W. Chow
                                   (See above)
                                   [COR LD dag]

GERALD DEMELLO                     William Wynhoff, Esq.
      Defendant - Appellee         (See above)
                                   [COR LD NTC dag]
                                   Sonia Faust, Esq.
```

```
INTERNAL USE ONLY: Proceedings include all events.
05-15101 Heffner, et al v. Young, et al
```

|  |  |
|---|---|
|  | (See above)<br>[COR LD dag]<br>Linda L.W. Chow<br>(See above)<br>[COR LD dag] |
| TOBY MARTYN<br>    Defendant - Appellee | William Wynhoff, Esq.<br>(See above)<br>[COR LD NTC dag]<br>Sonia Faust, Esq.<br>(See above)<br>[COR LD dag]<br>Linda L.W. Chow<br>(See above)<br>[COR LD dag] |
| TED YAMAMURA<br>    Defendant - Appellee | William Wynhoff, Esq.<br>(See above)<br>[COR LD NTC dag]<br>Sonia Faust, Esq.<br>(See above)<br>[COR LD dag]<br>Linda L.W. Chow<br>(See above)<br>[COR LD dag] |
| LYNN MCCRORY<br>    Defendant - Appellee | William Wynhoff, Esq.<br>(See above)<br>[COR LD NTC dag]<br>Sonia Faust, Esq.<br>(See above)<br>[COR LD dag]<br>Linda L.W. Chow<br>(See above)<br>[COR LD dag] |
| SAMUEL LEMMO<br>    Defendant - Appellee | William Wynhoff, Esq.<br>(See above)<br>[COR LD NTC dag]<br>Sonia Faust, Esq.<br>(See above)<br>[COR LD dag]<br>Linda L.W. Chow<br>(See above)<br>[COR LD dag] |
| DEPARTMENT OF LAND AND NATURAL<br>RESOURCES<br>    Defendant - Appellee | William Wynhoff, Esq.<br>(See above)<br>[COR LD NTC dag]<br>Sonia Faust, Esq.<br>(See above)<br>[COR LD dag]<br>Linda L.W. Chow<br>(See above) |

NOAH-JNVAIT
x            i

INTERNAL USE ONLY: Proceedings include all events.
05-15101 Heffner, et al v. Young, et al

[COR LD dag]

```
INTERNAL USE ONLY: Proceedings include all events.
05-15102 Heffner, et al v. Young, et al

CHANDI HEFFNER                          Bruce Lamon, Esq.
      Plaintiff - Appellee              808/547-5600
                                        Suite 1800
                                        [COR LD NTC ret]
                                        Goodsill Anderson Quinn &
                                        Stifel LLLP
                                        Alii Place
                                        1099 ALakea St.
                                        Honolulu, HI 96813-2639

KEAWE' ULA, LLC                         Bruce Lamon, Esq.
      Plaintiff - Appellee              (See above)
                                        [COR LD NTC ret]

   v.

PETER YOUNG                             William Wynhoff, Esq.
      Defendant - Appellant             FAX 808/587-2808
                                        808/587-2988
                                        Rm 300
                                        [COR LD NTC ret]
                                        Sonia Faust, Esq.
                                        808/587-2969
                                        Kekuanao'a Bldg.,B-2
                                        [COR LD ret]
                                        Yvonne Y. Izu, Esq.
                                        FAX           808
                                        808/587-2988
                                        Room 300
                                        [COR LD ret]
                                        Linda L.W. Chow
                                        FAX
                                        808/586-8370
                                        [COR LD ret]
                                        AGHI - OFFICE OF THE HAWAII
                                        ATTORNEY GENERAL
                                        Land/Transportation Division
                                        465 S. King St.
                                        Honolulu, HI 96813

TIMOTHY E. JOHNS                        William Wynhoff, Esq.
      Defendant - Appellant             (See above)
                                        [COR LD NTC dag]
                                        Sonia Faust, Esq.
                                        (See above)
                                        [COR LD dag]
                                        Linda L.W. Chow
                                        (See above)
                                        [COR LD dag]

GERALD DEMELLO                          William Wynhoff, Esq.
      Defendant - Appellant             (See above)
                                        [COR LD NTC dag]
```

```
INTERNAL USE ONLY: Proceedings include all events.
05-15102 Heffner, et al v. Young, et al
```

|  |  |
|---|---|
|  | Sonia Faust, Esq.<br>(See above)<br>[COR LD dag]<br>Linda L.W. Chow<br>(See above)<br>[COR LD dag] |
| TOBY MARTYN<br>    Defendant - Appellant | William Wynhoff, Esq.<br>(See above)<br>[COR LD NTC dag]<br>Sonia Faust, Esq.<br>(See above)<br>[COR LD dag]<br>Linda L.W. Chow<br>(See above)<br>[COR LD dag] |
| TED YAMAMURA<br>    Defendant - Appellant | William Wynhoff, Esq.<br>(See above)<br>[COR LD NTC dag]<br>Sonia Faust, Esq.<br>(See above)<br>[COR LD dag]<br>Linda L.W. Chow<br>(See above)<br>[COR LD dag] |
| LYNN MCCRORY<br>    Defendant - Appellant | William Wynhoff, Esq.<br>(See above)<br>[COR LD NTC dag]<br>Sonia Faust, Esq.<br>(See above)<br>[COR LD dag]<br>Linda L.W. Chow<br>(See above)<br>[COR LD dag] |
| SAMUEL LEMMO<br>    Defendant - Appellant | William Wynhoff, Esq.<br>(See above)<br>[COR LD NTC dag]<br>Sonia Faust, Esq.<br>(See above)<br>[COR LD dag]<br>Linda L.W. Chow<br>(See above)<br>[COR LD dag] |
| DEPARTMENT OF LAND AND NATURAL<br>RESOURCES<br>    Defendant - Appellant | William Wynhoff, Esq.<br>(See above)<br>[COR LD NTC dag]<br>Sonia Faust, Esq.<br>(See above)<br>[COR LD dag]<br>Linda L.W. Chow |

INTERNAL USE ONLY: Proceedings include all events.
05-15102 Heffner, et al v. Young, et al

                            (See above)
                            [COR LD dag]