May 24, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-04-00133-DAE
**Appeal Number:** 05-15101
**Short Title:** Heffner v. Young

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 29, 2007  12:30
DISTRICT OF HAWAII   pw

**Volumes**
Clerk's Records in: 2          0   Certified Copy(ies)
Reporters Transcripts in: 1

Bulky Documents in:   0   Envelopes   0   Expandos   0   Folders   0   Boxes
                      0   Other

State Lodged Docs in: 0   Envelopes       Expandos   0   Folders   0   Boxes
                      0   Other

Other:

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.