# MINUTES

CASE NUMBER:     CV 04-00133DAE-BMK

CASE NAME:     Chandi Duke Heffner v. Peter Young, et al.

ATTYS FOR PLA:     Bruce L. Lamon

ATTYS FOR DEFT:     William J. Wynhoff

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 07/02/2007 | TIME: | 9:17 - 9:28 |

COURT ACTION:  EP: Rule 16 Scheduling/Status Conference held. William J. Wynhoff to file a Motion to Dismiss for Failure to Prosecute by 9/4/2007.  Further Status Conference is set for 9/7/2007 @ 9 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager