ORIGINAL

MARK J. BENNETT
Attorney General of Hawai'i

WILLIAM J. WYNHOFF
Deputy Attorney General
Department of the Attorney
    General, State of Hawaii
465 King Street, Suite 300
Honolulu, Hawaii  96813
Telephone:  (808) 587-2988
Fax:  (808) 587-2999
E-mail: bill.j.wynhoff@hawaii.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 10 2007

at ___ o'clock and 15 min. P m
SUE BEITIA, CLERK

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CHANDI DUKE HEFFNER and KEAWE'ULA LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> PETER YOUNG, TIMOTHY JOHNS, GERALD L. DEMELLO, TOBY MARTYN, TED YAMAMURA, LYNN P. MCCRORY, SAMUEL J. LEMMO and STATE OF HAWAI'I, DEPARTMENT OF LAND AND NATURAL RESOURCES, <br><br> Defendants. | CIVIL NO. 04-00133 DAE BMK <br><br> NOTICE OF HEARING MOTION <br><br> DEFENDANTS' MOTION TO DISMISS REMAINING CLAIM FOR FAILURE TO PROSECUTE <br><br> MEMORANDUM IN SUPPORT OF MOTION <br><br> CERTIFICATE OF SERVICE <br><br> DATE: <br> TIME: <br> JUDGE:  DAVID A. EZRA |

NOTICE OF HEARING MOTION

        Bruce L. Lamon
        Goodsill Anderson Quinn &
          Stifel
        Alii Place, suite 1800
        1099 Alakea Street
        Honolulu, Hawai'i 96813

244282_1.DOC

Please take notice that the undersigned will bring the above entitled motion on for hearing before the Honorable David A. Ezra, Judge of the above court, in his courtroom at the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawai'i, on _____, 2007, at _____ ___.m., or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawai'i  __July 10, 2007_____.

_____
William J. Wynhoff
Deputy Attorney General
Attorney for Defendants

244282_1.DOC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CHANDI DUKE HEFFNER and KEAWE'ULA LLC, | CIVIL NO. 04-00133 DAE BMK |
| Plaintiffs, | DEFENDANTS' MOTION TO DISMISS REMAINING CLAIM FOR FAILURE TO PROSECUTE |
| vs. | |
| PETER YOUNG, TIMOTHY JOHNS, GERALD L. DEMELLO, TOBY MARTYN, TED YAMAMURA, LYNN P. MCCRORY, SAMUEL J. LEMMO and STATE OF HAWAI'I, DEPARTMENT OF LAND AND NATURAL RESOURCES, | |
| Defendants. | |

DEFENDANTS' MOTION TO DISMISS REMAINING CLAIM
FOR FAILURE TO PROSECUTE

Defendants move this Court, through counsel and pursuant to

Fed.R.Civ.P. 7 and 41(b), to dismiss plaintiffs' remaining claim

for failure to prosecute unless plaintiffs promptly initiate and

prosecute a state court case to resolve controlling issues of

state law.

This motion is based on the memorandum attached hereto and

the records and files herein.

DATED: Honolulu, Hawai'i ___July 10, 2007___ .

_____

William J. Wynhoff
Deputy Attorney General
Attorney for Defendants

244282_1.DOC