IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CHANDI DUKE HEFFNER and KEAWE'ULA LLC,<br><br>      Plaintiffs,<br><br>  vs.<br><br>PETER YOUNG, TIMOTHY JOHNS, GERALD L. DEMELLO, TOBY MARTYN, TED YAMAMURA, LYNN P. MCCRORY, SAMUEL J. LEMMO and STATE OF HAWAI'I, DEPARTMENT OF LAND AND NATURAL RESOURCES,<br><br>      Defendants. | CIVIL NO. 04-00133 DAE BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing document on the following person by depositing the same in the U.S. mail, postage prepaid, on July 10, 2007:

    Bruce L. Lamon
    Goodsill Anderson Quinn & Stifel
    Alii Place, Suite 1800
    1099 Alakea Street
    Honolulu, Hawai'i 96813

DATED: Honolulu, Hawai'i    July 10, 2007    .

                         William J. Wynhoff
                         Deputy Attorney General
                         Attorney for Defendants

244282_1.DOC