IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHANDI DUKE HEFFNER AND KEAWEʻULA LLC,<br><br>                Plaintiffs,<br><br>   vs.<br><br>PETER YOUNG, et al.,<br><br>                Defendants. | CIVIL NO. 04-00133 DAE BMK<br><br>DECLARATION OF BRUCE L. LAMON |

DECLARATION OF BRUCE L. LAMON

1.    I, Bruce L. Lamon, am counsel of record herein for Plaintiffs Chandi Duke Heffner and Keaweʻula LLC. I make this declaration based upon my own personal knowledge and upon information and belief gained in that capacity.

2.    The facts set forth in the foregoing Memorandum are true and correct, and that exhibits A-C attached hereto are true and correct copies of the documents they are described as being in the foregoing Memorandum.

I declare under penalty of perjury that I am over 18 years of age and that the foregoing is true and correct.

DATED: Honolulu, Hawaii, August 31, 2007.

                                              /s/ Bruce L. Lamon_____
                                              BRUCE L. LAMON

1900329.1