

**STATE OF HAWAII**
DEPARTMENT OF LAND AND NATURAL RESOURCES

P.O. BOX 621
HONOLULU, HAWAII 96809

AQUACULTURE DEVELOPMENT
PROGRAM
AQUATIC RESOURCES
BOATING AND OCEAN RECREATION
CONSERVATION AND
RESOURCES ENFORCEMENT
CONVEYANCES
FORESTRY AND WILDLIFE
HISTORIC PRESERVATION
LAND DIVISION
STATE PARKS
WATER RESOURCE MANAGEMENT

FEB - 4 2000

Ref.PB: SL

Mr. Steven S.C. Lim
Carlsmith Ball
121 Waianuenue Avenue
Hilo, Hawaii 96721-0686

Dear Mr. Lim

Subject: Ownership of Lateral Shoreline Trail on TMK: 5-8-1:09, Located at Kahena, North Kohala, Hawaii

This letter is pursuant to your recently accepted Conservation District Use Application (HA-2970). It has recently been discovered by the Department's Na Ala Hele Trail and Access Program (NAH) that the lateral shoreline trail bisecting your client's property is owned by the State of Hawaii. On January 14th, NAH completed an abstract that determined that the coastal trail alignment is subject to the provisions of Chapter 264-1,H.R.S., and as such, is under the jurisdiction of the Board of Land and Natural Resources. Furthermore, due to its coastal location, this trail section would be considered part of the Ala Kahakai. The Ala Kahakai has been nominated as a National Historic Trail and is pending approval by Congress.

This recent determination should not change the processing of your client's Conservation District Use Application. The Conservation District Use Application will be considered on the merits of its original content. Furthermore, the CDUA already delineates your client's intention to allow for lateral shoreline access, therefore, the Department's only concern at this point in time is notification that this is a State owned trail alignment.

EXHIBIT A

EXHIBIT D

11134

NAH will provide comments on your CDUA, and is interested in working with you on establishing a public access scenario and management plan. For example, one of the necessary steps is to survey the alignment to determine the location of the State land. NAH Program staff will bring this matter before the Big Island NAH Trail and Access Advisory Council to discuss what type of access is appropriate, consider future management options and incorporating this particular trail section under the regulatory jurisdiction of the NAH Program - triggering Administrative Rules for the proper management of the trail.

If you have any questions about the NAH Program, please contact Curt Cottrell at 587-0062, or Sam Lemmo of the Land Division, Planning Branch, at 587-0381, should you have any questions about the Conservation District Use Application process.

Aloha,

TIMOTHY E. JOHNS, Chairperson

Cc:  Chandi Duke Heffner
     Sam Lemmo

11135