AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| CHANDI DUKE HEFFNER and KEAWE'ULA LLC,<br><br>   Plaintiffs,<br><br>   V.<br><br>PETER YOUNG; TIMOTHY E. JOHNS; GERALD L. DEMELLO; TOBY MARTYN; TED YAMAMURA; LYNN P. McCRORY; SAMUEL J. LEMMO; STATE OF HAWAII, DEPARTMENT OF LAND AND NATURAL RESOURCES,<br><br>   Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL 04-00133DAE-BMK |

[✓] **Decision by Court.** This action came for hearing before the Court and this action came for consideration before the Court. The issues have been heard and the issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Case is Dismissed without Prejudice and Dismissed as pursuant to the "ORDER GRANTING IN PART AND STAYING IN PART DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT" filed on November 26, 2004, and as pursuant to the "ORDER GRANTING DEFENDANTS' MOTION TO DISMISS" filed on September 12, 2007.

| October 23, 2007 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |